# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EDGAR FREGOSA,<br><br>　　　　　Defendant. | No.  3:22-mj-0002 DMC<br><br><br>ORDER OF PROBATION |

Pursuant to the written plea agreement between the United States and Defendant, Edgar, Fregosa:

IT IS ORDERED that:

1. Defendant is sentenced to one year incarceration.  The term of incarceration is suspended pending successful completion of probation.

2. Defendant is placed on five (5) years summary probation.  During the term of probation Defendant shall obey all federal, state and local laws.

3. Defendant is prohibited from entering federal property in the Eastern District of California during the remainder of his life with the exception of traveling through on state roads and highways.

Dated:  July 8, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1